# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
MAY 13 2016
Clerk of Court

United States of America
v.

(1) DEL ANGEL, Omar (MX)

Defendant(s)

Case No. M-16-0918-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  5/12/2016  in the county of Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Conspiracy to Possess with Intent to Distribute marijuana, approximately 215.400 kilograms, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

_____
Complainant's signature

A. Marisol Farias, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/13/2016

_____
Judge's signature

City and state: McAllen, TX

Hon. Dorina Ramos, US Magistrate Judge
Printed name and title

# ATTACHMENT I

On May 12, 2016, USBP Agents from the Weslaco, Texas station responded to sensor and Drawbridge Camera activations near the vicinity of Krenmueller Farms, south of Donna, Texas. One of the Drawbridge Cameras indicated that two suspected scouts were on the U.S. side, south of Krenmueller ponds. USBP Agents made contact with Aerostat Alpha 4 Operator Jose G. Flores, who began to search the area for possible scouts. Agent Flores observed several subjects and two trucks on the Mexican side, south of the Krenmueller Ponds. The vehicles and approximately five subjects were then observed moving downriver towards Valley View Road area. USBP Agent Flores then advised that a dark colored SUV was driving south on Krenmueller Road, towards the area of sensor and camera activations.

The vehicle disappeared behind some brush, directly south of the Krenmueller Ponds for approximately five minutes. Alpha 4 then advised USBP Agents that the black SUV was driving north from the river area on Krenmueller Road.

USBP Agents converged on the area in an attempt to intercept the vehicle as it traveled towards Military Highway. Alpha 4 advised that the driver of the black SUV turned west on Military Highway and headed towards Border Road. USBP Agents Omar Escalon, Gilberto Sotelo, and Ricardo Montemayor were able to get behind the vehicle as it continued west on Military. The driver of the vehicle observed the approaching marked units and turned south on Schuster's High Levee Road. USBP Agents followed the vehicle from a safe distance and speed as the driver turned east on the levee and drove towards Border Road. Prior to reaching Border Road, the driver of the black SUV, lost control of the vehicle, and rolled off the river levee and into a short cane field. USBP Agent Escalon observed the driver, later identified as Omar DEL ANGEL exit the driver's side and attempted to abscond. USBP Agents apprehended DEL ANGEL. A search of the vehicle revealed that it contained seven bundles of marijuana in the rear seat area and in the front passenger seat. DEL ANGEL was placed under arrest and advised of his Miranda rights in the Spanish Language by USBP Agent Joffre.

The seven bundles that were recovered tested positive for the characteristics of marijuana. USBP Agents transported the seven bundles and DEL ANGEL to the Weslaco USBP station for processing. The combined weight of the bundles was 215.400 Kilograms.

McAllen DEA Agents Marisol Farias and Bernardo Anzaldua arrived at the Weslaco Border Patrol Station on May 12, 2016. At approximately 10:10 PM, DEA Agent Marisol Farias read DEL ANGEL the Miranda Warnings in the Spanish language. DEL ANGEL understood his rights and agreed to make a statement.

DEL ANGEL stated that he had been offered to work transporting narcotics by a subject known to DEL ANGEL as "Alex". DEL ANGEL admitted that he knowingly participated in the transportation of marijuana by driving his own vehicle. DEL ANGEL stated that he was to receive payment for his services.